SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MELANIE DELAPAZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE DELAPAZ,<br><br>Plaintiff,<br><br>vs.<br><br>CASEY'S CARS, INC.; AMERICAN PYRAMID, LLC; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:25-cv-08367-PVC**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MELANIE DELAPAZ ("Plaintiff") and Defendant CASEY'S CARS, INC.; AMERICAN PYRAMID, LLC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

\\

Respectfully submitted,

DATED:  January 27, 2026          SO. CAL. EQUAL ACCESS GROUP


By:   /s/  Jason J. Kim
      Jason J. Kim
      Attorneys for Plaintiff


DATED:  January 27, 2026


By:   /s/    umer khan
      Umer Khan, Esq.
      Attorneys for Defendant
      CASEY'S CARS, INC.; AMERICAN
      PYRAMID, LLC

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  January 27, 2026          By: /s/ Jason J. Kim
                                      Jason J. Kim

-2-

JOINT STIPULATION TO DISMISS